469 A.2d 307

Commonwealth v. Hickman, Appellant.
Petition for Allowance of Appeal
Denied June 25, 1984.

Submitted September 30, 1983. John H. Corbett, Jr., Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

469 A.2d 307

Commonwealth v. Hoffman, Appellant.

Argued November 2, 1983. Norman M. Yoffe, for appellant; Katherene Holtzinger, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

The judgment of sentence is vacated, and the case is remanded for resentencing in compliance with the mandates of Pa.R.Crim.P. 1405(b) and *Commonwealth v. Wood*, 300 Pa.Super. 463, 446 A.2d 948 (1982). Jurisdiction is not retained.